ADLER MANUFACTURING COMPANY, INCORPORATED, Respondent, v. EMERSON RADIO AND PHONOGRAPH CORPORATION, Appellant.— Judgment and order reversed, with costs, and the motion denied, with costs, upon the ground that there are triable issues. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

WILLIAM E. D. STOKES, Plaintiff, v. OTTOMAN AMERICAN DEVELOPMENT COMPANY, Respondent, and WILLIAM E. D. STOKES, JR., Appellant, and Others, Defendants.— Order affirmed, without costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM MURPHY, Appellant.— Judgment affirmed. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

MARTHA ZIRINSKY, an Infant, etc., by Her Guardian ad Litem, HYMAN ZIRINSKY, and HYMAN ZIRINSKY, Respondents, v. ALBERT MEYEROWITZ, Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

LEO PORPORA, Respondent, v. ANDREW MANELSKI, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ABRAHAM GATNER, Appellant.— Judgment affirmed. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

HENRY M. SCHILLER, Respondent, v. ISAAC G. SPITZ, Also Known as CHESTER G. SPITZ, Defendant, Impleaded with HYMAN E. MOONEY and Another, Appellants.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. PATRICK J. McCARTHY, THOMAS ROBINSON and FRANK P. BROWN, Appellants.— Judgment as to the defendant Frank P. Brown reversed and the said defendant discharged from custody, on the ground that there is no evidence to connect him with commission of the crime charged. As to the defendants Patrick J. McCarthy and Thomas Robinson, judgment affirmed. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.; Dowling, P. J., dissents from affirmance as to said defendants upon the ground that the prosecution failed to meet the testimony that trucks passed through One Hundred and Thirty-fourth street for the purpose of dumping into the river; Proskauer, J., dissents from affirmance as to said defendants on the ground that there is no evidence to negative either the testimony or the possibility that trucks went to the dump through One Hundred and Thirty-fourth street.

HENRY N. BRAUDE, Appellant, v. MARTIN RAFF and Others, Respondents.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs, with leave to defendants to answer within twenty days from service of order on payment of said costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.